ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Wolverine Tube, Inc. | ) ASBCA No. 63769 |
| | ) |
| Under Contract No. FA8534-21-D-0002 | ) |

APPEARANCE FOR THE APPELLANT:          Bret S. Wacker, Esq.
                                                                        Clark Hill PLC
                                                                        Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
                                                                        Air Force Deputy Chief Trial Attorney
                                                                        Nicholas T. Iliff, Jr., Esq.
                                                                        Trial Attorney

## ORDER OF DISMISSAL

The parties have jointly requested that this appeal be dismissed without prejudice. Accordingly, the appeal is hereby dismissed without prejudice pursuant to Board Rule 18. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated:  March 15, 2024

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63769, Appeal of Wolverine Tube, Inc., rendered in conformance with the Board's Charter.

Dated:  March 15, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals